UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| **Guardian Moving and Storage Co., Inc.**, <br><br> Plaintiff/Appellant, <br><br> v. <br><br> **The United States of America**, <br><br> Defendant/Appellee, <br><br> and <br><br> **Metropolitan Van and Storage, Inc.**, <br><br> Defendant. | Case 15-5132 |

## GUARDIAN'S MOTION TO SUBSTITUTE COUNSEL

Guardian Moving and Storage Co., Inc., moves to substitute Joshua David Rogaczewski of McDermott Will & Emery LLP for Anuj Vohra of Covington & Burling LLP as its principal counsel in this case. Guardian has retained McDermott to represent it in this matter and Mr. Vohra (whose role shifts to "of counsel") consents to the substitution. Further, neither the government nor Metropolitan Van and Storage, Inc., objects to the substitution. Fed. Cir. R. App. P. 27(a)(5).

Accordingly, Guardian urges the Court to allow the substitution.

| | |
|---|---|
| Dated**:** January 14, 2016 | Respectfully submitted, |
| | /s/Joshua David Rogaczewski |
| Anuj Vohra | Joshua David Rogaczewski |
| (avohra@cov.com) | (jrogaczewski@mwe.com) |
| Kayleigh Scalzo | James W. Kim |
| (kscalzo@cov.com) | (jakim@mwe.com) |
| Covington & Burling LLP | McDermott Will & Emery LLP |
| One CityCenter | The McDermott Building |
| 850 Tenth Street, Northwest | 500 North Capitol Street, Northwest |
| Washington, D.C. 20001 | Washington, D.C. 20001 |
| 202.662.5362 | 202.756.8000 |
| 202.778.5362 fax | 202.756.8087 fax |

*Counsel to Guardian Moving and Storage Co., Inc.*

## CERTIFICATE OF INTEREST

Counsel for Guardian Moving and Storage Co., Inc., certifies the following:

1. The full name of the party represented by me is Guardian Moving and Storage Co., Inc.

2. The name of the real party in interest represented by me is Guardian Moving and Storage Co., Inc.

3. No parent corporations or publicly held companies own ten percent of the stock of Guardian Moving and Storage Co., Inc.

4. Guardian Moving and Storage Co., Inc., has been represented in this matter by (a) David Bailey Dixon, then of Buchanan, Ingersoll & Rooney, P.C., and now of Pillsbury Winthrop Shaw Pittman LLP (in the lower court); (b) Anuj Vohra and Kayleigh Scalzo of Covington & Burling LLP (in the lower court and this Court); and (c) Joshua David Rogaczewski and James W. Kim of McDermott Will & Emery LLP (in the lower court and this Court).

Dated**:** January 14, 2016

/s/Joshua David Rogaczewski
Joshua David Rogaczewski

## PROOF OF SERVICE

I hereby certify that the foregoing **Guardian's Motion to Substitute Counsel** was filed on January 14, 2016, using the Court's Electronic Case Filing system, which automatically generates and sends by email a Notice of Docket Activity to all registered attorneys participating in this case. In addition, a copy of the filing will be sent by first-class mail to:

> Joseph G. Billings
> Miles & Stockbridge P.C.
> 100 Light Street
> Baltimore, Maryland 21202.

/s/Joshua David Rogaczewski
Joshua David Rogaczewski
