UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| **WIT Associates, Inc.**, <br><br> Plaintiff/Appellant, <br><br> v. <br><br> **The United States of America**, <br><br> Defendant/Appellee, <br><br> and <br><br> **Platinum Services, Inc.**, <br><br> Defendant. | Case 15-5132 |

## WIT ASSOCIATES'S MOTION TO SUBSTITUTE COUNSEL

WIT Associates, Inc., moves to substitute James W. Kim of McDermott Will & Emery LLP for Anuj Vohra of Covington & Burling LLP as its principal counsel in this case. WIT has retained McDermott to represent it in this matter and Mr. Vohra (whose role shifts to "of counsel") consents to the substitution. Further, neither the government nor Platinum Services, Inc., objects to the substitution. Fed. Cir. R. App. P. 27(a)(5).

Accordingly, WIT urges the Court to allow the substitution.

| | |
|---|---|
| Dated**:** January 15, 2016 | Respectfully submitted, |
| | /s/James W. Kim |
| Anuj Vohra | James W. Kim |
| (avohra@cov.com) | (jakim@mwe.com) |
| Kayleigh Scalzo | Joshua David Rogaczewski |
| (kscalzo@cov.com) | (jrogaczewski@mwe.com) |
| Covington & Burling LLP | McDermott Will & Emery LLP |
| One CityCenter | The McDermott Building |
| 850 Tenth Street, Northwest | 500 North Capitol Street, Northwest |
| Washington, D.C. 20001 | Washington, D.C. 20001 |
| 202.662.5362 | 202.756.8000 |
| 202.778.5362 fax | 202.756.8087 fax |

*Counsel to Guardian Moving and Storage Co., Inc.*

# CERTIFICATE OF INTEREST

Counsel for WIT Associates, Inc., certifies the following:

1. The full name of the party represented by me is WIT Associates, Inc.

2. The name of the real party in interest represented by me is WIT Associates, Inc.

3. Guardian Moving and Storage Co., Inc. is the parent company for WIT Associates, Inc.

4. WIT Associates, Inc. has been represented in this matter by (a) David J. Taylor of the Law Offices of David J. Taylor (in the lower court); (b) David Bailey Dixon, then of Buchanan, Ingersoll & Rooney, P.C., and now of Pillsbury Winthrop Shaw Pittman LLP (in the lower court); (b) Anuj Vohra and Kayleigh Scalzo of Covington & Burling LLP (in the lower court and this Court); and (c) Joshua David Rogaczewski and James W. Kim of McDermott Will & Emery LLP (in the lower court and this Court).

Dated: January 15, 2016

/s/James W. Kim  
James W. Kim

## PROOF OF SERVICE

I hereby certify that the foregoing **WIT Associates's Motion to Substitute Counsel** was filed on January 15, 2016, using the Court's Electronic Case Filing system, which automatically generates and sends by email a Notice of Docket Activity to all registered attorneys participating in this case.

/s/James W. Kim
James W. Kim
