UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| **Guardian Moving and Storage Co., Inc.**,<br><br>Plaintiff/Appellant,<br><br>v.<br><br>**The United States of America**,<br><br>Defendant/Appellee,<br><br>and<br><br>**Metropolitan Van and Storage, Inc.**,<br><br>Defendant. | Case 15-5132 |

## NOTICE OF ERRATA

On January 15, 2016, a Motion to Substitute Counsel on behalf of James W. Kim was submitted erroneously in this matter by the undersigned counsel. We respectfully request that this motion be withdrawn.

2

Dated**:** January 19, 2016                    Respectfully submitted,

<u>/s/ James W. Kim</u>
James W. Kim
(jakim@mwe.com)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, D.C. 20001
202.756.8000
202.756.8087 fax

## PROOF OF SERVICE

I hereby certify that the foregoing **Notice of Errata** was filed on January 19, 2016, using the Court's Electronic Case Filing system, which automatically generates and sends by email a Notice of Docket Activity to all registered attorneys participating in this case.

/s/James W. Kim
James W. Kim