NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUARDIAN MOVING AND STORAGE COMPANY, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

**METROPOLITAN VAN AND STORAGE, INC,**
*Defendant*

---

2015-5132

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00030-EDK, Judge Elaine Kaplan.

---

**ON MOTION**

---

**O R D E R**

Guardian Moving and Storage Company, Inc. moves unopposed to substitute Joshua David Rogaczewski for Anuj Vohra as its principal counsel in this case. Guardian separately moves unopposed for an extension of time, until February 5, 2016, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to substitute Mr. Rogaczewski as principal counsel is granted. Mr. Vohra is ordered to file an entry of appearance reflecting his new designation within seven days of the date of this order.

(2) The motion for an extension of time is granted.

(3) All other pending motions are denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25